1

2

3

4

5              **UNITED STATES DISTRICT COURT**

6                   **DISTRICT OF NEVADA**

7    KENNETH FRIEDMAN,                     )
                                           )      Case No. 2:10-cv-01038-KJD-PAL
8                        Plaintiff,        )
                                           )      **ORDER AND REPORT OF FINDINGS**
9    vs.                                   )        **AND RECOMMENDATION**
                                           )
10   STATE OF NEVADA, et al.,              )
                                           )
11                       Defendants.       )
                                           )
12   _____

13          This matter is before the court on Plaintiff Kenneth Friedman's failure to comply with this

14   court's Order (Dkt. #16), entered September 28, 2010, directing him to make an initial filing fee

15   payment on or before October 28, 2010.  Pursuant to the Prison Litigation Reform Act, Plaintiff was

16   responsible for an initial filing fee of $5.32, which was due within thirty days after the court's Order

17   was entered.  A review of the docket reflects that Plaintiff has not complied with the Order or requested

18   an extension of time in which to comply.  Plaintiff was warned that "[f]ailure to comply with this Order

19   will result in a recommendation of dismissal."  Order, 2:1-2.

20          Plaintiff's willful failure to comply with the court's Order is an abusive litigation practice that

21   has interfered with the court's ability to hear this case, delayed litigation, disrupted the court's timely

22   management of its docket, wasted judicial resources, and threatened the integrity of the court's orders

23   and the orderly administration of justice.  Sanctions less drastic than dismissal are unavailable because

24   Plaintiff has wilfully refused to comply with the court's Order.

25          Accordingly,

26          **IT IS ORDERED** that the Clerk of Court file Plaintiff's Complaint.

27   / / /

28   / / /

1    **IT IS RECOMMENDED** that Plaintiff's Complaint be DISMISSED unless Plaintiff pays the

2    initial filing fee of $5.32 on or before **December 8, 2010.**

3         Dated this 24th day of November, 2010.

4

5    _____
     PEGGY A. LEEN
     UNITED STATES MAGISTRATE JUDGE

6

7                                    **NOTICE**

8         These findings and recommendations are submitted to the United States District Judge assigned

9    to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen days after being

10   served with these findings and recommendations, any party may file written objections with the court.

11   Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and

12   recommendations of a magistrate judge shall file and serve *specific written objections* together with

13   points and authorities in support of those objections, within fourteen days of the date of service of the

14   findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's

15   Findings and Recommendations."  The parties are advised that failure to file objections within the

16   specified time may waive the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153

17   (9th Cir. 1991).  The points and authorities filed in support of the specific written objections are subject

18   to the page limitations found in LR 7-4.

19

20

21

22

23

24

25

26

27

28