# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH FRIEDMAN,

    Plaintiff,

v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:10-CV-1038-KJD-PAL

**ORDER**

    Presently before the Court is the Order and Report of Findings and Recommendation (#22) of Magistrate Judge Peggy A. Leen recommending that Plaintiff's complaint be dismissed for failing to pay the partial filing fee in compliance with the Court's prior Order (#16). Judge Leen specifically recommended the complaint be dismissed if Plaintiff failed to pay the fee on or before December 8, 2010. Plaintiff paid the initial installment on the filing fee on December 7, 2010. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Report of Findings and Recommendation (#22) of the United States Magistrate Judge entered December 8, 2010, should be denied.

///

///

///

IT IS THEREFORE ORDERED that the Order and Report of Findings and Recommendation (#22) of the United States Magistrate Judge entered December 8, 2010, is **DENIED**.

DATED this 6th day of January 2011.

_____
Kent J. Dawson
United States District Judge